

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                      01-13-00501-CV

Style:                             Philippe Tanguy v. David Laux

Date motion filed*:                September 19, 2013

Type of motion:                    Extension of time to file reporter's record

Party filing motion:               Court reporter

Document to be filed:              Reporter's record

Is appeal accelerated?        No

If motion to extend time:
    Original due date:                         July 30, 2013
    Number of previous extensions granted:        1        Current Due date:  September 19, 2013
    Date Requested:                            Additional 2 weeks

Ordered that motion is:

    ☑        Granted

        If document is to be filed, document due:  **October 3, 2013**

        ☐        The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐        Denied

    ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐        Other: _____

Judge's signature:    /s/ Terry Jennings
          ☑ Acting individually        ☐ Acting for the Court

Panel consists of    _____

Date: September 26, 2013